**Appeal Dismissed and Memorandum Opinion filed September 9, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00088-CV**

**JOE ALFRED IZEN, JR., Appellant**

**V.**

**ANGELA MENDOZA, GEORGE MENDOZA, AND BRUCE NOLTE, Appellees**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1141892**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed January 18, 2021. The same order is before this court in Appeal Number 14-21-00089-CV.

On June 22, 2021, notification was transmitted to the parties of this court's intention to dismiss this appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before July 5,

2021. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.